1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Laurel J. Holland
4  Assistant United States Attorney
   825 Jadwin Avenue
5  Richland, WA, 99352
6  Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 05 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | INDICTMENT   4:25-CR-06004-MKD-1 |
| JUAN MANUEL AGUIRRE-LUCERO (a/k/a "Juan Manuel Aguirre"), | Vio: 8 U.S.C. § 1326<br>Alien in the United States After Deportation |
| Defendant. | |

The Grand Jury charges:

On or about January 28, 2025, the Defendant, JUAN MANUEL AGUIRRE-LUCERO (a/k/a "Juan Manuel Aguirre"), a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about May 8, 2010, at Del Rio, Texas, and on or about June 20, 2010, at Tucson, Arizona, and on or about December 1, 2010, at Nogales, Arizona, and on or about October 26, 2018, at Nogales, Arizona, was found in the United States, in the Eastern District of Washington, and he did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402,

INDICTMENT – 1

557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 5th day of February, 2025.

A TRUE BILL

███████

_____
Vanessa R. Waldref
United States Attorney

_____
Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 2